IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:23-cv-00583-BCW |
| | ) |
| VANESSA KREEGER, | ) |
| ESTATE OF MICHAEL MUNROE, | ) |
| DEBORAH MUNROE, and | ) |
| ASHLEY MUNROE, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION FOR ENTRY OF CONSENT JUDGMENT

COMES NOW the Plaintiff, ALLSTATE INSURANCE COMPANY, by and through its attorneys, BETH C. BOGGS, MICHAEL J. LACH and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., and pursuant to the Federal Rules of Civil Procedure, and for its Motion for Entry of a Consent Judgment, and in support of said Motion states as follows:

1. That originally the Plaintiff filed a Complaint for Declaratory Judgment directed to the Defendants Vanessa Kreeger, Estate of Michael Munroe, Deborah Munroe and Ashley Munroe as a result of an occurrence of December 16, 2021, and issues with respect to coverage under the Allstate Policy Number 995 552 574 (see Document 1 Plaintiff's Complaint).

2. Subsequently, counsel for Plaintiff's counsel, Michael J. Lach, has had communications with counsel for the Defendant Ms. Kreeger, Ms. Kimberly R. Wright, as

well as counsel, Mr. Jeff Burns, who represents Deborah Munroe, the Estate of Michael Munroe and Ashley Munroe for a resolution of this matter.

3. The parties have agreed to have a Consent Judgment entered to resolve the case for the issues in Count I, and counsel for all the parties have agreed to the language of the Consent Judgment. The resolution also included the agreement of the prior dismissal of all claims against the Estate of Michael Munroe and Deborah Munroe only, and Count II being dismissed in its entirety without prejudice (see Documents 17 and 18).

4. That the Consent Judgment has been signed by the Defendants, Vanessa Kreeger and Ashley Munroe, with respect to the remaining portions of Count I.

5. That the Plaintiff Allstate Insurance Company requests this court enter the Parties agreed to Consent Judgment with respect to Count I.

WHEREFORE, Allstate Insurance Company requests this court enter the Consent Judgment as agreed to by the parties and any other relief which the court deems just and proper.

Respectfully submitted,

ALLSTATE INSURANCE COMPANY

By: /s/ Michael J. Lach
Beth C. Boggs, #43089MO
Michael J. Lach, #39578 MO
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile
bboggs@balblawyers.com
mlach@balblawyers.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court, Western District of Missouri, by using the Court's CM/ECF Electronic Filing System this 25th day of November, 2024, with an electronic copy to be served by operation of the Court's electronic filing system upon the following:

Kimberly R. Wright, #62253MO
Michael S. Foster, #61205MO
FOSTER WALLACE
4700 Belleview, Suite 304
Kansas City, MO 64112
(816) 249-2101 – Telephone
(816) 249-2170 – Facsimile
kim@fosterwallace.com
michael@fosterwallace.com

/s/ Karen Eilerman