IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CV-00583-BCW |
| | ) | |
| VANESSA KREEGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's motion for a consent judgment. (Doc. #19). The Court, being duly advised of the premises, grants said motion.

On August 17, 2023, Plaintiff filed a complaint for declaratory judgment alleging two counts against Vanessa Kreeger, Ashley Munroe, Deborah Munroe, and the estate of Michael Munroe. (Doc. #1). On October 8, 2024, Plaintiff voluntarily dismissed Deborah Munroe, the estate of Michael Munroe, and Count II, without prejudice. On November 25, 2024, Plaintiff filed the instant motion for a consent judgment. (Doc. #19). Plaintiff and the remaining Defendants, Vanessa Kreeger and Ashley Munroe, have agreed to resolve all matters in controversy in this action and consent to entry of this Order. Id. Accordingly, it is hereby

ORDERED Plaintiff's motion for a consent judgment (Doc. #19) is GRANTED in accordance with the following terms:

It is ORDERED, ADJUDGED, AND DECREED, in favor of Plaintiff Allstate Insurance Company and against Defendants Vanessa Kreeger and Ashley Munroe as follows:

    (a)    The policy issued to Michael Munroe and/or Deborah Munroe as described in the Complaint for Declaratory Judgment (Doc. #1) (the "Subject Policy") does not afford coverage for any claims or causes of actions by Defendant Vanessa Kreeger

1

arising out of the incident that occurred on December 16, 2021, as set forth in Count I of Plaintiff's Complaint for Declaratory Judgment (Doc. #1) (the "Subject Incident"), against Ashley Munroe;

(b) Under the Subject Policy, Plaintiff, Allstate Insurance Company does not have any duty to indemnify, defend, reimburse, or provide coverage to Defendant Ashley Munroe as to any claims or causes of action brought against her by Defendant Vanessa Kreeger, arising out of the Subject Incident.

(c) Nothing in this Judgment shall be read to determine or in any way affect any issue with respect to whether the Subject Policy would provide coverage for the Estate of Michael Munroe or for Deborah Munroe in the event a claim arising out of the Subject Incident were to be made against them or either of them; and

(d) Each party to bear its own costs.

IT IS SO ORDERED.

Dated: December 5, 2024

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT